# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 28, 2026

Lyle W. Cayce
Clerk

No. 25-60592
Summary Calendar

_____

Brandi Turner Kennedy,

*Plaintiff—Appellant*,

*versus*

Itawamba County Jail, Nurse/Jail Administrator*, in their individual and official capacity*; Brandon Williamson, *Fulton Police Department, in his individual and official capacity*; CMCF 720; Chet White, N-16*, in his individual and official capacity*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:25-CV-1

_____

Before Elrod, *Chief Judge*, and Jones and Higginson, *Circuit Judges*.
Per Curiam:[*]

Brandi Turner Kennedy, an inmate currently confined in the Itawamba County Detention Center in Fulton, Mississippi, moves for leave

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60592

to proceed *in forma pauperis* (IFP) in this appeal of the district court's order dismissing her 42 U.S.C. § 1983 complaint without prejudice.

"This court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987) (citing *Thompson v. Betts*, 754 F.2d 1243, 1245 (5th Cir. 1985)). An untimely notice of appeal in a civil case deprives this court of jurisdiction. *Bowles v. Russell*, 551 U.S. 205, 213–14 (2007). Because Kennedy did not file a timely notice of appeal from the district court's order dismissing her complaint, this court lacks jurisdiction over the instant appeal. *See id.*; Fed. R. App. P. 4(a)(1)(A).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. The IFP motion is DENIED as moot.